CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

January 23, 2015

Steven L. Eason                          Michelle E. Robberson
Law Offices of Fuller & Eason           Cooper & Scully, P. C.
4230 LBJ Freeway, Suite 330             900 Jackson Street, Suite 100
Dallas, TX 75244-5891                   Dallas, TX 75202-4452

Re:     **Tx Health Presbyterian Hospital Dallas v. Dena Burch; 05-14-00665-CV**

Dear Attorneys:

Enclosed is a corrected page for the above-mentioned case. Please note the following typographical error, which has been corrected:

2nd paragraph, 4th line, the word "not" is inserted

Please replace page 4 of your previous copy with the enclosed.

Sincerely,

Lisa Matz
Clerk of the Court

cc:     Trial court judge
        Trial court clerk